NITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| DORIS MARIE GOODPASTURE, | ) Civil Action Number: 0:16-cv-1613-JMC |
| Plaintiff, | ) |
| v. | ) |
| ANDREW SAUL,[1] Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the motion of the Commissioner of Social Security for entry of judgment affirming the Commissioner's decision on remand. The Court previously remanded this case pursuant to the sixth sentence of 42 U.S.C. § 405(g). In accordance with 42 U.S.C. § 405(g), the Commissioner has returned to the court to file her additional and modified findings of fact and decision.

Therefore, it is ORDERED that this matter is closed and judgment will be entered by separate order.

This 7th day of April, 2020.

*J. Michelle Childs*

Honorable J. Michelle Childs
United States District Judge

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).